UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
ROBIN L JONES
Debtor(s)                                           Case No. 20-20137-D

---

NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Pay having been filed by George W. Stevenson on March 17, 2020.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Pay shall be held on 4/21/2020, at  9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

---

MOTION TO DISMISS
CHAPTER 13 CASE FOR Failure To Pay

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to make payments as ordered by the Court.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

CC:    George W. Stevenson

ROBIN L JONES
5515 PATSY CIRCLE WEST
MEMPHIS, TN  38125

GENE BELL, ATTY